Order entered November 13 , 2012



In The

### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-12-00924-CR

**ROGELIO ROGER SOTO, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-35886-T

## ORDER

The Court **REINSTATES** the appeal.

On October 8, 2012, we ordered the trial to make findings regarding new counsel for appellant in light of the death of his retained attorney W. Tyler Wilson. We have received the trial court's order appointing John Tatum to represent appellant. Accordingly, we **DIRECT** the Clerk of this Court to substitute John Tatum as appellant's appointed attorney of record in place of W. Tyler Wilson.

The clerk's and reporter's records have been filed. Accordingly, appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to John Tatum and the Dallas County District Attorney's Office.

We further **DIRECT** the Clerk to send a copy of this order to Robert E. Luttrell III, 4 E. Chambers Street, Cleburne, Texas 76031-5542.

DAVID L. BRIDGES
JUSTICE